1022

No. 81–6922. BROCK ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–86. INTERSTATE COMMERCE COMMISSION *v.* AMERICAN TRUCKING ASSNS., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–594. INTERSTATE COMMERCE COMMISSION *v.* RITTER TRANSPORTATION, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 82–814. BOFFA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–904. CONSTRUCTORA EL MONTE, S.A., ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–931. DAY *v.* TEXAS. Ct. App. Tex., 1st Sup. Jud. Dist. Certiorari denied.

No. 82–962. THOMAS ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 82–974. THOMASSEN ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–1007. NIESZNER *v.* ORR, SECRETARY OF THE AIR FORCE. C. A. 8th Cir. Certiorari denied.

No. 82–1042. SUNDHEIMER *v.* COMMODITY FUTURES TRADING COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 82–1152. HOGGARD *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.